1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIE J. SHEMITZ (Cal. Bar No. 224093)
4  Assistant United States Attorney
   International Narcotics, Money Laundering & Racketeering Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5735
7       Facsimile: (213) 894-0142
        Cell:      (213) 500-9369
8       E-mail:    julie.shemitz@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10

11                 UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. 2:23-CR-00524(A)-DMG-ALL

14         Plaintiff,                 NOTICE OF FILING OF DEFENDANTS'
                                      SIGNATURE PAGES IN SUPPORT OF
15         v.                         STIPULATION TO CONTINUE DATE FOR
                                      TRIAL (#337); ATTACHMENTS
16 EDGAR JOEL MARTINEZ-REYES ET
      AL.,

17

18         Defendants.

19       Plaintiff, United States of America, by and through its attorney

20 of record, Assistant United States Attorney Julie J. Shemitz, and

21 defendants Edgar Martinez-Reyes (#1), by and through his attorney of

22 record, Zaira Villagomez, Eduardo Mayorga (#3), by and through his

23 attorney of record, Matthew Lombard, Guillermo Zambrano (#5), by and

24 through his attorney of record, John Targowski, Vidal Licon-Robles

25 (#8), by and through his attorney of record, Robert Bernstein, Jose

26 Antonio Pardo (#13), by and through his attorney of record, Michael

27 Chernis, Jiande Zhou (#14), by and through his attorney of record,

28 Kevin Gres, Sai Zhang (#16), by and through his attorneys of record,

Reuven Cohen and Youngbin Son, Jiayong Yu (#20), by and through his attorney of record, Jonathon Perliss, and Xuanyi Mu (#23), by and through his attorney of record, Donald Matson hereby file their respective signature pages in support of the stipulation to continue the date for trial filed by the parties in this matter on August 6, 2024.  These signature pages are provided in accordance with the provisions of the previously-filed stipulation to continue the date for trial to October 21, 2025 at 8:30 a.m. before this Court (Dkt #337)[1].

Defendant Diego Acosta Ovalle (#6) is in custody in Mexico awaiting extradition.

Defendant Peiji Tong (#15) is in the custody of Chinese authorities on domestic Chinese charges.

Defendant Jiaxuan He (#24) is a fugitive, believed to be residing in China.

Defendant Chengwu He (#17) is scheduled to make his initial appearance on August 22, 2024.

Defendant Leopoldo Bernal (#9) was released to pretrial supervision for placement in a residential drug treatment facility.

Defendant Victor Rodriguez-Trujillo (#11) was released on bond with electronic monitoring, and has since cut of the monitoring device and is now a fugitive whose whereabouts are unknown.

Defendant Daniel Gonzalez, aka Rafael Arocho (#10), is a fugitive believed to be in northern California.

The remaining defendants, Raul Contreras (#2), Julio Alexandro Cabrera (#12), Panyu Zhao (#18), and Shou Yang (#23), have not

---

[1] The trial date for defendant Luis Belandria-Contreras was previously continued to October 21, 2025 (Dkt #331).

1  objected to the continuance, but have not yet provided their

2  signature pages to the stipulation.

3   Dated: August 13, 2024          Respectfully submitted,

4                                   E. MARTIN ESTRADA
                                    United States Attorney
5
                                    MACK E. JENKINS
6                                   Assistant United States Attorney
                                    Chief, Criminal Division
7

8                                   _____/s/_____
                                    JULIE J. SHEMITZ
9                                   Assistant United States Attorney

10                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28