1  I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  *[signature]*                                08-07-2024
   ─────────────────────────────────────        ─────────────────────
9  MICHAEL S. CHERNIS                           Date
   Attorney for Defendant
10 JOSE ANTONIO PARDO

11
       I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18
   *[signature: Jose pardo (Aug 7, 2024 22:39 PDT)]*     08/07/2024
   ─────────────────────────────────────        ─────────────────────
19
20 JOSE ANTONIO PARDO                           Date
   Defendant

21
22               **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken
   English and Spanish languages.  I accurately translated this entire
24
   agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25
   on this date.
26

27 ─────────────────────────────────────        ─────────────────────
   INTERPRETER                                  Date
28

                                  22