1    I am SAI ZHANG's attorney.  I have carefully discussed every
2 part of this stipulation and the continuance of the trial date with
3 my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

8
_____        8/7/2024
9 RUEVEN L. COHEN                              _____
YOUNGBIN SON                                 Date
10 Attorneys for Defendant
SAI ZHANG
11

12
     This agreement has been read to me in Mandarin, the language I
13 understand best, and I have carefully discussed every part of it with
14 my attorney.  I understand my Speedy Trial rights.  I voluntarily
15 agree to the continuance of the trial date and give up my right to be
16 brought to trial earlier than October 21, 2025.  I understand that I
17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19
DocuSigned by:
20 _____        8/7/2024
SAI ZHANG                                    _____
21 Defendant                                   Date

22                       **CERTIFICATION OF INTERPRETER**
     I, \_\_\_\_Yanyan Liu_____, am fluent in the written and spoken
23
24 English and Mandarin languages.  I accurately translated this entire
25 agreement from English into Mandarin to defendant SAI ZHANG on this
26 date.

27 \_\_\_\_yanyan liu_____          08/07/2024
INTERPRETER                                  Date
28

7